

LNE 10.14.25
JIH/KR USAO 2025R00518

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CRIMINAL NO. JRR-25-311 |
| v. | (Assault of a Federal Officer |
| **AMIR PHILLIP WILSON,** | 18 U.S.C. § 111(a)(1) and (b)) |
| Defendant. | |

## INDICTMENT

### COUNT ONE
(Assault of a Federal Officer)

The Grand Jury for the District of Maryland charges that:

On or about September 24, 2025, in the District of Maryland, the Defendant,

**AMIR PHILLIP WILSON,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18, United States Code, Section 1114, to wit: officers of the National Security Agency Police, while the officers were engaged in and on account of the performance of official duties, and such acts involved physical contact with the officers, which did inflict bodily injury upon the officers.

18 U.S.C. § 111(a)(1)
18 U.S.C. § 111(b)

Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

10/16/25
Date